UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

02-20269CR-MOORE
CASE NO.
8 U.S.C. § 1326(a), (b)(2)

MAGISTRATE JUDGE
O'SULLIVAN

UNITED STATES OF AMERICA

v.

OSCAR DARIO MUNOZ-LOPERA
a/k/a "Mariano Flores,"
a/k/a "Jose David Guzman,"

_____Defendant._____/

FILED by _____ D.C.
MAG. SEC.

MAR 2 1 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

INDICTMENT

The Grand Jury charges that:

On or about December 5, 2001, in Miami-Dade County, in the Southern District of Florida, the defendant,

OSCAR DARIO MUNOZ-LOPERA
a/k/a "Mariano Flores,"
a/k/a "Jose David Guzman,"

an alien, having previously been deported from the United States on or about October 30, 1989 and on or about March 6, 1997, was found to be in the United States, knowingly and unlawfully, without the Attorney General having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a), (b)(2).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
RACHEL N. SILBER
SPECIAL ASSISTANT UNITED STATES ATTORNEY



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-20269-CR-MOORE
MAGISTRATE JUDGE
O'SULLIVAN

UNITED STATES OF AMERICA

v.

OSCAR DARIO MUNOZ-LOPERA,
a/k/a "Mariano Flores,"
a/k/a "Jose David Guzman."

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s)       Yes ___  No ___
Number of New Defendants  ___
Total number of counts    ___

**Court Division:** (Select One)

X  Miami       ___ Key West
___ FTL   ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   Yes
   List language and/or dialect   Spanish

   FILED by ___ D.C.
   MAG. SEC.
   MAR 21 2002
   CLARENCE MADDOX
   CLERK U.S. DIST. CT.
   S.D. OF FLA. • MIAMI

4. This case will take  1-2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      X            Petty       ___
   II   6 to 10 days     ___          Minor       ___
   III  11 to 20 days    ___          Misdem.     ___
   IV   21 to 60 days    ___          Felony      X
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes  X  No

[signature]

RACHEL NICOLE SILBER
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0154611

*Penalty Sheet(s) attached                                   REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**02-20269CR-MOORE**

**Defendant Name:** OSCAR DARIO MUNOZ-LOPERA
a/k/a "Mariano Flores,"
a/k/a "Jose David Guzman."

**Case No.** _____

MAGISTRATE JUDGE
O'SULLIVAN

**Count #: 1**

8 U.S.C. 1326(a), (b)(2)

Found in the United States after deportation (aggravated felon)

**\*Max. Penalty:** 20 years' imprisonment

================================================

**Count #: 2**

FILED by _____ D.C.
MAG. SEC.

MAR 21 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**\*Max. Penalty:** _____

================================================

**Count #: 3**



**\*Max. Penalty:** _____

================================================

**Count #: 4**



**\*Max. Penalty:** _____

================================================

\*Refers only to possible terms of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

FEDERAL GRAND JURY INDICTMENT NO. 05-mcr-754

No. 02-20269 CR-MOORE

UNITED STATES DISTRICT COURT   MAGISTRATE JUDGE
O'SULLIVAN

SOUTHERN District of FLORIDA _____ Division

THE UNITED STATES OF AMERICA

vs.

OSCAR DARIO MUNOZ-LOPERA,
a/k/a "Mariano Flores"
a/k/a "Jose David Guzman"

INDICTMENT

IN VIOLATION OF: 8 U.S.C. 1326(a),(b)(2)

A true bill.
DCarb
_____ Foreman
FGJ 00-05(MIA)

Filed in open court this _____ day.
of _____ A.D. _____
Whitney
3/26/02
_____ Clerk

Bail, $ _____